UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANKLIN MCCLOUD,                    )    No. EDCV 08-1084-RC
                                     )
          Plaintiff,                 )
                                     )    JUDGMENT
     v.                              )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
          Defendant.                 )
_____)


     IT IS ADJUDGED that Judgment be entered remanding the action to

the Social Security Administration for further proceedings consistent

with the Opinion and Order, pursuant to sentence four of 42 U.S.C.

§ 405(g).


DATED: _August 3, 2009_____   _/S/ ROSALYN M. CHAPMAN_____
                                   ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1084.mdo
8/3/09